FILED
UNITED STATES DISTRICT COURT
ALBUQUERQUE, NEW MEXICO

OCT 26 2021

MITCHELL R. ELFERS
CLERK

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF NEW MEXICO

UNITED STATES OF AMERICA, )
)
    Plaintiff, ) CRIMINAL NO. 21-1578 WJ
)
vs. ) Count 1: 18 U.S.C. §§ 1153, 2244(a)(5),
) and 2246(3): Abusive Sexual Contact;
**CHRISTIAN QUINTANA**, )
) Count 2: 18 U.S.C. §§ 1153, 2241(c), and
    Defendant. ) 2246(2)(A): Aggravated Sexual Abuse;
)
) Count 3: 18 U.S.C. §§ 1153, 2241(a), and
) 2246(2)(A): Aggravated Sexual Abuse.

## INDICTMENT

The Grand Jury charges:

### Count 1

Between on or about October 1, 2012 and October 30, 2013, in Indian Country, in Rio Arriba County, in the District of New Mexico, the defendant, **CHRISTIAN QUINTANA**, an Indian, unlawfully and knowingly engaged in and caused sexual contact with Jane Doe 1, a child who had not then attained the age of twelve (12) years, and the sexual contact consisted of the defendant intentionally touching Jane Doe 1's genitalia, directly and through clothing, with the intent to abuse, humiliate, harass, degrade, arouse and gratify the sexual desire of any person.

In violation of 18 U.S.C. §§ 1153, 2244(a)(5), and 2246(3).

### Count 2

Between on or about April 10, 2015 and May 10, 2016, in Indian Country, in Rio Arriba County, in the District of New Mexico, the defendant, **CHRISTIAN QUINTANA**, an Indian, unlawfully and knowingly engaged in and attempted to engage in a sexual act with Jane Doe 1, a child who had not then attained the age of twelve (12) years, and the sexual act consisted of

contact between the penis of the defendant and the vulva of Jane Doe 1, resulting in the penetration, however slight, of Jane Doe 1's vulva by the defendant's penis.

In violation of 18 U.S.C. §§ 1153, 2241(c), and 2246(2)(A).

### Count 3

Between on or about October 17, 2019 and October 17, 2020, in Indian Country, in Rio Arriba County, in the District of New Mexico, the defendant, **CHRISTIAN QUINTANA**, an Indian, unlawfully and knowingly engaged in and attempted to engage in a sexual act with Jane Doe 2, by threatening and placing Jane Doe 2 in fear that any person would be subjected to death, serious bodily injury, and kidnapping, and the sexual act consisted of contact between the penis of the defendant and the vulva of Jane Doe 2, resulting in the penetration, however slight, of Jane Doe 2's vulva by the defendant's penis.

In violation of 18 U.S.C. §§ 1153, 2241(a), and 2246(2)(A).

A TRUE BILL:

\_\_\_\_\_/S/\_\_\_\_\_
FOREPERSON OF THE GRAND JURY

_[signature]_
Assistant United States Attorney