# UNITED STATES DISTRICT COURT, DISTRICT OF NEW MEXICO
## SENTENCING MINUTE SHEET

| | |
|---|---|
| CR No: 21-1578 DHU | USA vs.: Quintana |
| Date: 6/26/24 | Name of Deft: Christian Quintana |
| Before the Honorable: David Herrera Urias | |
| Time In/Out: 10:46-11:46 AM | Total Time in Court (for JS10): 1 hour |
| Clerk: J. Gonzales | Court Reporter: P. Baca |
| AUSA: Matthew McGinley | Defendant's Counsel: Carter Harrison |
| Sentencing in: ABQ | Interpreter: |
| Probation Officer: Leonel Valencia | Interpreter Sworn?   Yes   No |

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| Convicted on: | **X** Plea | | Verdict | As to: | Information | **X** | Indictment |
| If Plea: | Accepted | | Not Accepted | Adjudged/Found Guilty on Counts: | 1 and 3 | | |
| If Plea Agreement: | **X** Accepted | | Not Accepted | No Plea Agreement | Comments: | | |
| Date of Plea/Verdict: | 6/15/23 | PSR: | Not Disputed | **X** Disputed | **X** Courts adopts PSR Findings | | |
| Evidentiary Hrg: | **X** Not Needed | | Needed | Exceptions to PSR: | 4 level enhancement under 2A3.1(b)(5) for abduction not applied | | |

| | |
|---|---|
| **SENTENCE IMPOSED**   Imprisonment (BOP): | 300 months as to each count; said terms to run concurrently for a total term of 300 months |
| Supervised Release: | Life as to each count; said terms to run concurrently for a total term of life |
| Probation: | |
| REC  **X** 500-Hour Drug Program   **X** BOP Sex Offender Program   Other: | |
| ICE   Court recommends ICE begin removal proceedings immediately or during service of sentence   ICE not applicable | |

## SPECIAL CONDITIONS OF SUPERVISION

| | | | |
|---|---|---|---|
| | No re-entry without legal authorization | | Home confinement for   months   days |
| | Comply with ICE laws and regulation | | Community service for   months   days |
| **X** | Participate in outpatient substance abuse treatment program | **X** | Reside Residential Reentry Center for up to 180 days |
| | Participate in/successfully complete mental health program | | Register as sex offender |
| | Refrain from use/possession of alcohol/intoxicants | | Participate in sex offender treatment program |
| | Submit to search of person/property | | Possess no sexual material |
| **X** | No contact with victim(s) | | No computer with access to online services |
| | No entering or loitering near victim's residence | | No contact with children under 18 years |
| | Provide financial information | **X** | No volunteering where children supervised |
| | Grant limited waiver of confidentiality | **X** | Restricted from occupation with access to children |
| **X** | Refrain from use and possession of synthetic cannabinoids, etc. | **X** | No loitering within 100 feet of school yards |
| | No possession of a firearm, ammunition, destructive device or any other dangerous weapon | | Participate in an educational or vocational program approved by the Probation Officer |

If recommended in the sex offense-specific assessment, you must begin attending and participating in sex offender treatment consistent with the recommendations of the evaluation. You must follow the rules and regulations of that program.
You are prohibited from viewing or possessing any material that depicts sexually explicit conduct as defined in 18 U.S.C. 2256, including images, books, writings, drawings, video games, or videos depicting actual sexual intercourse.
You must cooperate and comply with the United States Probation Office's Computer Restriction and Monitoring Program
You must participate in an educational or vocational services program and follow the rules and regulations of that program.
You must participate in and successfully complete a community-based program which provides education and training in anger management.
You must participate in and successfully complete a community-based program which provides education and training in domestic violence prevention.
OTHER:   You shall waive your right of confidentiality-substance abuse

|   |   | You must submit to substance abuse testing to determine if you have used a prohibited substance. Testing shall not exceed more than 60 test(s) per year. |   |   |   |
|---|---|---|---|---|---|
| Fine: | $ | 0.00 | Restitution: $ | 0.00 |   |
| SPA: | $ | 200.00 | Payment Schedule: | X Due Immediately |  Waived |
|   | OTHER: |   |   |   |   |
|   | Advised of Right to Appeal | X | Waived Appeal Rights per Plea Agreement |   |   |
| X | Held in Custody |   | Voluntary Surrender |   |   |
|   | Recommended place(s) of incarceration: |   |   |   |   |
|   | Dismissed Counts: |   |   |   |   |
|   | OTHER COMMENTS: | Court sustains objection to 4 level enhancement under 2A3.1(b)(5) for abduction -CH of 38 and OL of II establish guideline range of 262-327.<br>Mr. Harrison requests sentence of 15 years.<br>Mr. McGinley addresses Court-requests 300-month sentence.<br>Jane Doe #2 addresses Court.<br>Victims Aunt/Guardian addresses Court.<br>Defendant does not address Court. |   |   |   |